# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**BELA BORCSOK**

                **V.**               **CASE NUMBER: 1:07-CV-429(FJS/DRH)**

**WILLIAM R. CROWE; et al.**

**[ ]**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF dismissing this action pursuant to 28 U.S.C. §1915(e)(2)(B) as set forth in the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., dated May 3, 2007.

DATED:    May 3, 2007

                                                          Clerk of Court

LKB:lmp